UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ALLEN BRYANT,

    Defendant.

_____/

Hon. Phillip J. Green

Case No.  1:26-mj-00031

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged by Criminal Complaint.  The Criminal Complaint charges defendant with being a felon in possession of a firearm, in violation of  18 U.S.C. § 922(g)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1).  The Court conducted a hearing on January 30, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden  by clear and convincing evidence that defendant is a danger to the community.  Further, the Court finds that there are no conditions or  combination of conditions of release that defendant will ensure the safety of the community.   Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on January 30, 2026.

          /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge